COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER AND NOTICE OF INTENT TO DISMISS FOR WANT OF PROSECUTION

Appellate case name:        Karen Kristine Silvio v. Jason B. Ostrom and Nicole K. Sain

Appellate case number:      01-14-00647-CV

Trial court case number:    937,164

Trial court:                County Court at Law No. 2 of Harris County

This appeal was stayed pursuant to the Suggestion of Bankruptcy filed in this Court on December 9, 2014, stating that the appellant, Karen Kristine Silvio, had filed a petition for relief under Chapter 13 of Title 11, United States Code, in the United States District Court for the Southern District of Texas, which was assigned case number 14-36744. *See* TEX. R. APP. P. 8.2; *see also* 11 U.S.C. § 362(a) (automatic stay in bankruptcy). Through the Public Access to Court Electronic Records ("PACER") website, the Court has learned that appellant's bankruptcy case was dismissed with prejudice on April 21, 2015. Accordingly, the Court directs the Clerk of this Court to **reinstate** this appeal as an active case on the Court's docket.

However, according to this Court's October 7, 2014 Order on Motion, the filing fee had not been paid then and the clerk's record had not yet been filed due to appellant's lack of payment, and she has not established indigence. Thus, appellant is **ORDERED** to pay the $195.00 filing fee to the Clerk of this Court and pay, or make arrangements to pay, the county clerk for the $300.00 clerk's record fee, and file evidence of such payment with the Clerk of this Court **within 30 days** of the date of this order, **or this appeal will be dismissed for want of prosecution without further notice**. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

It is so ORDERED.

Judge's signature: /s/ <u>Laura Carter Higley</u>
         ☒ Acting individually

Date: <u>August 15, 2016</u>